RANDALL P. MROCZYNSKI
(STATE BAR NO. 156784)
**COOKSEY, TOOLEN, GAGE,
DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1026
Facsimile: (714) 431-1119

Attorneys for Movant
CHRYSLER FINANCIAL SERVICES AMERICAS LLC f/k/a
DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>REDENTOR SAN JUAN and<br>EVANGELINE SAN JUAN,<br><br>Debtors.<br><br>CHRYSLER FINANCIAL SERVICES AMERICAS LLC f/k/a DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC,<br><br>Movant,<br><br>vs.<br><br>REDENTOR SAN JUAN and<br>EVANGELINE SAN JUAN,<br><br>Respondents. | CASE NO. 09-32251 DM 11<br><br>CHAPTER 11<br><br>RS No: RPM - 43<br><br>**NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing on Motion:<br><br>Date: May 13, 2010<br>Time: 9:30 a.m.<br>Ctrm: 22 |

**TO ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the hearing on Movant HILTON RESORTS CORPORATION's Motion for Relief from the Automatic Stay filed on March 16, 2010 as Docket

///

///

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

No. 27 has been continued to **April 20, 2010** at **2:00 p.m.** in **Courtroom 3020**, of the above-captioned Court.

DATED: April 15, 2010                    COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: /s/ Randall P. Mroczynski
Randall P. Mroczynski
California Bar # 156784
Attorney for Movant
CHRYSLER FINANCIAL SERVICES AMERICAS LLC f/k/a DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC